Jonathan Shub
Kevin Laukaitis
**KOHN, SWIFT & GRAF, P.C**
1600 Market Street, Suite 2500
Philadelphia, PA 19103
(215) 238-1700 – phone
(215) 238-1968 – facsimile

*Attorneys for Plaintiff and the Class*
**[Additional counsel on signature page]**

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DANIEL SURIAGA, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GENERAL ELECTRIC COMPANY,<br><br>Defendant. | No. 2:18-cv-16288-ES-MAH |

### NOTICE OF VOLUNTARY DISMISSAL PURSUANT
### TO FED. R. CIV. P. 41(a)(1)(A)(i)

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Daniel Suriaga by and through his undersigned counsel, voluntarily dismisses this case without prejudice.

Dated: January 16, 2020

Respectfully submitted,

**KOHN, SWIFT & GRAF, P.C.**

By: /s/ Jonathan Shub
Jonathan Shub*
Kevin Laukaitis*
1600 Market Street, Suite 2500
Philadelphia, PA 19103
Tel: (215) 238-1700

**SO ORDERED.**
The Clerk of Court shall close this case.

_[signature]_
Hon. Esther Salas, U.S.D.J.
Dated: January 21, 2020

Fax: (215) 238-1968
Email: jshub@kohnswift.com
klaukaitis@kohnswift.com

Jason T. Brown (NJ Bar # 35921996)
**BROWN, LLC**
111 Town Square Place, Suite 400
Jersey City, NJ 07310
Tel: (877) 561-0000
Fax: (855-582-5297
Email: jtb@jtblawgroup.com
Jaime E. Weiss*

Richard J. Burke*
**QUANTUM LEGAL LLC**
513 Central Avenue, Suite 300
Highland Park, Illinois 60035
Tel: (847) 433-4500
Fax: (847) 433-2500
Email: Rich@QuLegal.com
Jaime@QuLegal.com

*Admitted _Pro Hac Vice_

_Attorneys for Plaintiff and the Class_